Argued and submitted May 12, reversed and remanded July 28, 2021

In the Matter of O. R. K.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

J. K.,
*Appellant.*

Deschutes County Circuit Court
18JU06442; A175023

491 P3d 831

Alicia N. Sykora, Judge.

George W. Kelly argued the cause and filed the brief for appellant.

Inge D. Wells, Assistant Attorney General, argued the cause for respondent. Also on the brief were Ellen F. Rosenblum, Attorney General, and Benjamin Gutman, Solicitor General.

Before Ortega, Presiding Judge, and Shorr, Judge, and Powers, Judge.

PER CURIAM

Reversed and remanded. *Keffer v. A. R. M.*, 313 Or App 503, 497 P3d 781 (2021); *Dept. of Human Services v. D. M.*, 313 Or App 607, 491 P3d 830 (2021).